# United States District Court
## Central District of California

**UNITED STATES OF AMERICA vs.**

**Docket No.**    5:23-CR-00209-SHK

**Defendant**    Gail L Greer

**Social Security No.**  7  7  0  5

**akas:**

(Last 4 digits)

---

## JUDGMENT AND COMMITMENT ORDER

---

In the presence of the attorney for the government, the defendant appeared in person on this date.

| MONTH | DAY | YEAR |
|-------|-----|------|
| 02 | 13 | 2025 |

| **COUNSEL** | Charles Eaton, DFPD |
|---|---|

(Name of Counsel)

**PLEA**    [X] **GUILTY,** and the court being satisfied that there is a factual basis for the plea.    [ ] **NOLO CONTENDERE**    [ ] **NOT GUILTY**

**FINDING**    There being a finding/verdict of **GUILTY,** defendant has been convicted as charged of the offense(s) of: 21 USC 844: Simple Possession.

**JUDGMENT AND PROB/ COMM ORDER**    The Court asked whether there was any reason why judgment should not be pronounced. Because no sufficient cause to the contrary was shown, or appeared to the Court, the Court adjudged the defendant guilty as charged and convicted and ordered that:

A judgment of conviction is ordered entered with no further sentence to follow. No fine or fee is imposed.

Defendant is informed of her right to appeal.

February 26, 2025
Date

U. S. Magistrate Judge, Shashi H. Kewalramani

Clerk, U.S. District Court

February 26, 2025
Filed Date

By

Deputy Clerk